No. 25-1280

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Apr 15, 2025
KELLY L. STEPHENS, Clerk
```

| | |
|---|---|
| DETROIT DIESEL CORPORATION, )<br>)<br>   Plaintiff - Appellee, )<br>)<br>v. )<br>)<br>MARTINREA HONSEL MEXICO SA DE CV, )<br>)<br>   Defendant - Appellant. ) | O R D E R |

The defendant appeals the district court's order granting the plaintiff a preliminary injunction. The defendant now moves to expedite the briefing schedule and submission of the appeal. The plaintiff responds in opposition, and the defendant replies.

Sixth Circuit I.O.P. 28(c) directs the issuance of a routine briefing schedule and expedited submission in appeals from the grant or denial of a preliminary injunction. 6 Cir. I.O.P. 28(c). Accordingly, upon the completion of the transcript, the clerk will enter a traditional briefing schedule. However, the parties are cautioned that extensions of time will not be granted.

The motion to expedite is GRANTED IN PART, insofar as upon the completion of briefing the appeal will be submitted to the court at the earliest practicable date that the court's schedule will permit. The determinations of whether and when any oral argument will be held are reserved to the merits panel to which this appeal will be assigned.

                                  ENTERED PURSUANT TO RULE 45(a)
                                  RULES OF THE SIXTH CIRCUIT

                                  Kelly L. Stephens, Clerk